IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE BUSH, in his capacity as former President of the United States,<br><br>    Defendant.<br>                                                              / | No. C 12-04185 WHA<br><br>**ORDER DISMISSING ACTION** |

In this *Bivens* action, pro se plaintiff Tyrone Hurt files an *in forma pauperis* complaint against former President George Bush for "the illegal and unconstitutional wars lodged by this Nation, (U.S.A.), at the cost and expense to the American people" (Dkt. No. 1). No additional facts of wrongdoing are alleged. "A district court may, in its discretion, dismiss an in forma pauperis complaint if satisfied that the action is frivolous or malicious. A complaint is frivolous within the meaning of Section 1915(d) if it lacks an arguable basis either in law or in fact." *Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) (citations omitted).

A former president of the United States is entitled to absolute immunity from damages liability predicated on his official acts. *Nixon v. Fitzgerald*, 457 U.S. 731, 749 (1982). Plaintiff's complaint fails to state a claim with a basis in law or in fact. Therefore, the complaint is **DISMISSED**. This dismissal is without leave to amend because the complaint's deficiencies cannot be cured by amendment. Plaintiff's in forma pauperis application is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated:  September 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE